UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFREY POTOCZEK,

    Plaintiff,

v.                                              Case No. 3:19cv3452-TKW-HTC

HOWARD PATRICK and BARBARA J.
PATRICK,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 14). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that Defendants' motion to dismiss is due to be denied because this Court has jurisdiction and venue is proper in this District. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss (Doc. 12) is **DENIED**.

3. This case is remanded to the magistrate judge for further proceedings pursuant to N.D. Fla. Loc. R. 72.2(E).

**DONE and ORDERED** this 16th day of March, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**